## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV17-08554 JAK (MRWx) | Date | March 26, 2018 |
| Title | Doug Dirkse v. Nu Venture Diving Co., et al. | | |

Present: The Honorable     JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Nicholas J. Neidzwski | Malcolm D. Schick |
| | Andrew J. Blackburn |

**Proceedings:**          **PLAINTIFF'S MOTION TO REMAND (DKT. 12)**

                         **SCHEDULING CONFERENCE**

The motion hearing is held. The Court states its tentative view that it is inclined to grant Plaintiff's Motion to Remand (the "Motion"). The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

The Scheduling Conference is not held. The Court has reviewed the parties' Joint Report (Dkt. 22) and does not have an objection to the dates proposed by counsel. However, the Court defers setting dates until after a final ruling on the Motion issues.


**IT IS SO ORDERED.**


                                                              :     18

                                        Initials of Preparer    ak